LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA,<br><br>Defendants. | CASE NO. 2:22-CR-0157-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: August 30, 2022<br>Time: 9:30 a.m.<br>Court: Hon. John A. Mendez |

1. This matter is presently set for an initial status conference on August 30, 2022. By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the status conference to December 7, 2022.

2. This case involves distribution of cocaine and methamphetamine  The government has provided approximately 250 pages of discovery materials regarding controlled purchases supervised by the Federal Bureau of Investigation, including written reports, photographs, and other materials stemming from the investigation.  Each defendants' primary language is Spanish.  Client meetings to review the discovery and discuss defense investigation therefore require the use of a Spanish language interpreter.

3. Attorney Todd Leras, who represents Defendant Heidy Torres Lopez, substituted in as

appointed counsel in the place of the Federal Defender's Office on July 22, 2022. Given the volume of discovery in the case and the language barrier, defense counsel represent and believe that additional time is necessary for defense preparation. The government does not oppose the request.

4. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 30, 2022, up to December 7, 2022, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F. Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  August 22, 2022        */s/ Olaf W. Hedberg*
                               _____
                               OLAF W. HEDBERG
                               Attorney for Defendant
                               MARCO SANCHEZ GARCIA
                               (Per email authorization)

Dated:  August 22, 2022        */s/ William F. Portanova*
                               _____
                               WILLIAM F. PORTANOVA
                               Attorney for Defendant
                               CESAR RODRIGUEZ HERNANDEZ
                               (Per email authorization)

| | | |
|---|---|---|
| Dated:  August 22, 2022 | | */s/ Todd Leras* |
| | | _____ |
| | | TODD LERAS |
| | | Attorney for defendant |
| | | HEIDY TORRES LOPEZ |
| | | |
| Dated:  August 22, 2022 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | |
| | | */s/ Justin L. Lee* |
| | By: | _____ |
| | | JUSTIN L. LEE |
| | | Assistant United States Attorney |
| | | (Per email authorization) |

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for August 30, 2022, is vacated.  A new status conference is scheduled for December 7, 2022, at 9:00 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from August 30, 2022, up to and including December 7, 2022.

IT IS SO ORDERED.

Dated:  August 22, 2022             /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE