LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA,<br><br>　　　　Defendants. | CASE NO. 2:22-cr-0157-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br><br>Date: December 6, 2022<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |

1. This matter is presently set for status conference on December 6, 2022. By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the status conference to February 14, 2023.

2. This case involves distribution of cocaine and methamphetamine. The government has provided approximately 250 pages of discovery materials regarding controlled purchases supervised by the Federal Bureau of Investigation, including written reports, photographs, and other materials stemming from the investigation. Each defendants' primary language is Spanish. Client meetings to review the discovery and discuss defense investigation therefore require the use of a Spanish language interpreter.

3. Given the volume of discovery in the case and the language barrier, defense counsel

represent and believe that additional time is necessary for defense preparation. The government does not oppose the request.

4. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of December 6, 2022, up to February 14, 2023, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F. Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated: November 29, 2022    */s/ Olaf W. Hedberg*

OLAF W. HEDBERG
Attorney for Defendant
MARCO SANCHEZ GARCIA
(Per email authorization)

Dated: November 29, 2022    */s/ William F. Portanova*

WILLIAM F. PORTANOVA
Attorney for Defendant
CESAR RODRIGUEZ HERNANDEZ
(Per email authorization)

Dated: November 29, 2022    */s/ Todd Leras*

TODD LERAS
Attorney for Defendant
HEIDY TORRES LOPEZ

1  Dated:  November 29, 2022				PHILLIP A. TALBERT
2								United States Attorney

3								*/s/ Justin L. Lee*
						By:	_____
4								JUSTIN L. LEE
								Assistant United States Attorney
5								(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME			3

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for December 6, 2022, is vacated. A new status conference is scheduled for February 14, 2023, at 9:00 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from December 6, 2022, up to and including February 14, 2023.

IT IS SO ORDERED.

Dated:  November 30, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE