LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0157-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA, | Date: February 14, 2023<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |
| Defendants. | |

1. This matter is presently set for status conference on February 14, 2023. By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the status conference to May 23, 2023, at 9:00 a.m.

2. This case involves distribution of cocaine and methamphetamine. Investigation of the matter took place during an approximate six-month period. The investigation included controlled purchases supervised by law enforcement. The government provided approximately 250 pages of discovery materials shortly after return of the Indictment. The discovery materials include written reports, photographs, and other materials obtained either during the controlled purchase operations or during execution of search warrants. Each defendants' primary language is Spanish. A Spanish language interpreter

STIPULATION & ORDER CONTINUING TCH

is therefore needed during defense counsels' meetings to review discovery materials and discuss defense investigation with their respective clients.

3. Given the volume of discovery in the case and the language barrier, defense counsel represent and believe that additional time is necessary for defense preparation. The government does not oppose the request.

4. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of February 14, 2023, up to May 23, 2023, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F. Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  February 6, 2023          */s/ Olaf W. Hedberg*
                                  _____
                                  OLAF W. HEDBERG
                                  Attorney for Defendant
                                  MARCO SANCHEZ GARCIA
                                  (Per email authorization)

Dated:  February 6, 2023          */s/ William F. Portanova*
                                  _____
                                  WILLIAM F. PORTANOVA
                                  Attorney for Defendant
                                  CESAR RODRIGUEZ HERNANDEZ
                                  (Per email authorization)


| | | |
|---|---|---|
| Dated: February 6, 2023 | | */s/ Todd Leras* |
| | | _____ |
| | | TODD LERAS |
| | | Attorney for Defendant |
| | | HEIDY TORRES LOPEZ |
| Dated:  February 6, 2023 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | */s/ Justin L. Lee* |
| | By: | _____ |
| | | JUSTIN L. LEE |
| | | Assistant United States Attorney |
| | | (Per email authorization) |

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for February 14, 2023, is vacated. A new status conference is scheduled for May 23, 2023, at 9:00 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from February 14, 2023, up to and including May 23, 2023.

IT IS SO ORDERED.

Dated: February 7, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE