LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00157-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA, | |
| Defendants. | Date:  May 23, 2023<br>Time:  9:00 a.m.<br>Court:  Hon. John A. Mendez |

1.   This matter is presently set for a status conference on May 23, 2023.  By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the status conference to July 25, 2023.

2.   This case involves distribution of cocaine and methamphetamine in the Stockton area. Investigation of the matter took place during an approximate six-month period.  The investigation included controlled purchases supervised by law enforcement.  The government provided approximately 250 pages of discovery materials shortly after return of the Indictment.  The discovery materials include written reports, photographs, and other materials obtained either during the controlled purchase operations or during execution of search warrants.

1

STIPULATION & ORDER CONTINUING TCH

3. Each defendants' primary language is Spanish.  Given the volume of discovery in the case and the language barrier, defense counsel represent and believe that additional time is necessary for defense preparation.  This preparation includes discussion of potential defenses, explanation of the applicable sentencing guidelines, investigation about the underlying facts of the offense as well as investigation of mitigation information in the event of a negotiated disposition of the matter.  The government does not oppose the request.

4. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of May 23, 2023, up to July 25, 2023, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F. Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  May 16, 2023          */s/ Olaf W. Hedberg*

_____
OLAF W. HEDBERG
Attorney for Defendant
MARCO SANCHEZ GARCIA
(Per email authorization)

Dated:  May 17, 2023

/s/ William F. Portanova

_____

WILLIAM F. PORTANOVA
Attorney for Defendant
CESAR RODRIGUEZ HERNANDEZ
(Per email authorization)

Dated: May 16, 2023

/s/ Todd Leras

_____

TODD LERAS
Attorney for Defendant
HEIDY TORRES LOPEZ

Dated:  May 16, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Justin L. Lee

By:     _____

JUSTIN L. LEE
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                    3

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for May 23, 2023, is vacated.  A new status conference is **RESET** for **July 25, 2023, at 9:00 a.m.**

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be **EXCLUDED** under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from May 23, 2023, up to and including July 25, 2023.

IT IS SO ORDERED.

Dated: May 17, 2023                              /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE