LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00157-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA, | Date:   July 25, 2023 Time:  9:00 a.m. Court:  Hon. John A. Mendez |
| Defendants. | |

1. This matter is set for a status conference on July 25, 2023.  By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the status conference to October 17, 2023.

2. This case involves distribution of cocaine and methamphetamine in the Stockton area. Investigation of the matter took place during an approximate six-month period.  The investigation included controlled purchases supervised by law enforcement.

/ / /

/ / /

1

STIPULATION & ORDER CONTINUING TCH

3. The government released approximately 250 pages of discovery materials to defense counsel shortly after return of the Indictment.  The initial discovery materials include written reports, photographs, and other materials obtained either during the controlled purchase operations or during execution of search warrants.  Defense counsel are currently conducting investigation into matters raised in these discovery materials.

4. Each defendants' primary language is Spanish.  The defense has requested production of various audio and/or video recordings generated during investigation of this matter (hereafter "the supplemental discovery materials").  The government intends to produce the supplemental discovery materials to the defense.

5. Given ongoing defense investigation, the pending release of the supplemental discovery materials, and the language barrier, defense counsel represent and believe that continuance of the status conference is necessary.  The purpose of the request for continuance is to allow defense counsel time to review the supplemental discovery materials and to conduct defense investigation in response to them.  The government does not oppose the request.

6. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of July 25, 2023, up to October 17, 2023, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F. Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it

1    on their behalf.

2           Dated:  July 19, 2023                    */s/ Olaf W. Hedberg*

3                                                    _____
4                                                    OLAF W. HEDBERG
                                                     Attorney for Defendant
5                                                    MARCO SANCHEZ GARCIA
                                                     (Per email authorization)
6

7           Dated:  July 19, 2023                    */s/ William F. Portanova*

8                                                    _____
                                                     WILLIAM F. PORTANOVA
9                                                    Attorney for Defendant
                                                     CESAR RODRIGUEZ HERNANDEZ
10                                                   (Per email authorization)

11
            Dated: July 19, 2023                     */s/ Todd Leras*
12
                                                     _____
13                                                   TODD LERAS
                                                     Attorney for Defendant
14                                                   HEIDY TORRES LOPEZ

15          Dated: July 19, 2023                     PHILLIP A. TALBERT
                                                     United States Attorney
16
                                                     */s/ Justin L. Lee*
17
                                              By:    _____
18                                                   JUSTIN L. LEE
                                                     Assistant United States Attorney
19                                                   (Per email authorization)

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for July 25, 2023, is **VACATED**.  A new status conference is scheduled for **October 17, 2023, at 9:00 a.m.**

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from July 25, 2023, up to and including October 17, 2023.

IT IS SO ORDERED.

Dated: July 19, 2023                     /s/ John A. Mendez
_____
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE