LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0157-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA, | Date:  October 17, 2023<br>Time:  9:00 a.m.<br>Court: Hon. John A. Mendez |
| Defendants. | |

1. This matter is set for a status conference on October 17, 2023.  By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the status conference to December 12, 2023.

2. This case involves distribution of cocaine and methamphetamine in the Stockton area. Investigation of the matter took place during an approximate six-month period.  The investigation included controlled purchases supervised by law enforcement.

/ / /

/ / /

1

STIPULATION & ORDER CONTINUING TCH

3. The government released approximately 250 pages of discovery materials to defense counsel shortly after return of the Indictment. The initial discovery materials include written reports, photographs, and other materials obtained either during the controlled purchase operations or during execution of search warrants.

4. Each defendants' primary language is Spanish. The defense has requested production of various audio and/or video recordings generated during investigation of this matter (hereafter "the supplemental discovery materials"). The supplemental discovery materials are necessary to complete Defendants' ongoing investigation. It is anticipated that the supplemental discovery materials may assist the parties with potential settlement of this matter. Government counsel represents that it intends to produce the requested supplemental discovery materials.

5. Given ongoing defense investigation, the pending release of the supplemental discovery materials, and the language barrier, defense counsel represent and believe that continuance of the status conference is necessary. The government does not oppose the request.

6. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of October 17, 2023, up to December 12, 2023, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F. Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it

on their behalf.

Dated:  October 11, 2023          */s/ Olaf W. Hedberg*
                                   _____
                                   OLAF W. HEDBERG
                                   Attorney for Defendant
                                   MARCO SANCHEZ GARCIA
                                   (Per email authorization)

Dated:  October 11, 2023          */s/ William F. Portanova*
                                   _____
                                   WILLIAM F. PORTANOVA
                                   Attorney for Defendant
                                   CESAR RODRIGUEZ HERNANDEZ
                                   (Per email authorization)

Dated: October 11, 2023           */s/ Todd Leras*
                                   _____
                                   TODD LERAS
                                   Attorney for Defendant
                                   HEIDY TORRES LOPEZ

Dated: October 11, 2023           PHILLIP A. TALBERT
                                   United States Attorney

                                   */s/ Justin L. Lee*
                            By:   _____
                                   JUSTIN L. LEE
                                   Assistant United States Attorney
                                   (Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                    3

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for October 17, 2023, is vacated.  A new status conference is scheduled for **December 12, 2023, at 9:00 a.m**.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from October 17, 2023, up to and including December 12, 2023.

IT IS SO ORDERED.

Dated: October 13, 2023                                /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       SENIOR UNITED STATES DISTRICT JUDGE