LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00157-JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA, | Date: December 12, 2023<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |
| Defendants. | |

1. This matter is set for a status conference on Decembre 12, 2023. By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the status conference to February 13, 2024.

2. This case involves distribution of cocaine and methamphetamine in the Stockton area. Investigation of the matter took place during an approximate six-month period. The investigation included controlled purchases supervised by law enforcement.

/ / /

/ / /

1

STIPULATION & ORDER CONTINUING TCH

3. The government released approximately 250 pages of discovery materials to defense counsel shortly after return of the Indictment. The initial discovery materials include written reports, photographs, and other materials obtained either during the controlled purchase operations or during execution of search warrants.

4. Each defendants' primary language is Spanish. The government is preparing to release approximately 300 pages of supplemental discovery materials, including various audio and/or video recordings generated during investigation of this matter (hereafter "the supplemental discovery materials"). The defense has previously requested these supplemental discovery materials as necessary to investigation of potential defenses. Defense counsel for all three defendants need additional time to review the supplemental discovery materials with their respective clients and conduct necessary defense investigation.

5. Given ongoing defense investigation, the release of the supplemental discovery materials, and the language barrier, defense counsel represent and believe that continuance of the status conference is necessary. The purpose of the request for continuance is to allow defense counsel time to review the supplemental discovery materials and to conduct defense investigation in response to them. The government does not oppose the request.

6. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of December 12, 2023, up to February 13, 2024, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

1 | Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F.
2 | Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it
3 | on their behalf.

Dated: December 5, 2023                    /s/ Olaf W. Hedberg
                                           _____
                                           OLAF W. HEDBERG
                                           Attorney for Defendant
                                           MARCO SANCHEZ GARCIA
                                           (Per email authorization)

Dated: December 5, 2023                    /s/ William F. Portanova
                                           _____
                                           WILLIAM F. PORTANOVA
                                           Attorney for Defendant
                                           CESAR RODRIGUEZ HERNANDEZ
                                           (Per email authorization)

Dated: December 5, 2023\                   /s/ Todd Leras
                                           _____
                                           TODD LERAS
                                           Attorney for Defendant
                                           HEIDY TORRES LOPEZ

Dated: December 5, 2023                    PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ Justin L. Lee
                                    By:    _____
                                           JUSTIN L. LEE
                                           Assistant United States Attorney
                                           (Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for December 12, 2023, is **VACATED**. A new status conference is **SET** for **February 13, 2024, at 9:00 a.m.**

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from December 12, 2023, up to and including February 13, 2024.

IT IS SO ORDERED.

Dated: December 06, 2023          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE