LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA,<br><br>Defendants. | CASE NO. 2:22-cr-00157-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  February 13, 2024<br>Time:  9:00 a.m.<br>Court:  Hon. John A. Mendez |

1. This matter is set for a status conference on February 13, 2024.  By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the status conference to May 21, 2024.

2. This case involves distribution of cocaine and methamphetamine in the Stockton area. Investigation of the matter took place during an approximate six-month period.  The investigation included controlled purchases supervised by law enforcement.

/ / /

/ / /

1
STIPULATION & ORDER CONTINUING STATUS CONFERENCE

3. The government initially released approximately 250 pages of discovery materials to defense counsel shortly after the grand jury returned the Indictment in this case. The initial discovery materials include written reports, photographs, and other materials obtained either during the controlled purchase operations or during execution of search warrants.

4. Each defendants' primary language is Spanish. The government released approximately 300 pages of supplemental discovery materials, including various audio and/or video recordings generated during investigation of this matter (hereafter "the supplemental discovery materials"), in November and December 2023. Defense counsel for all three defendants need additional time to translate and/or review the supplemental discovery materials with their respective clients and conduct necessary defense investigation.

5. Given ongoing defense investigation, the release of the supplemental discovery materials, and the language barrier, defense counsel represent and believe that continuance of the status conference is necessary. The purpose of the request for continuance is to allow defense counsel time to review the supplemental discovery materials and to conduct defense investigation in response to them. The government does not oppose the request.

6. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of February 13, 2024, up to May 21, 2024, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F.

Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  February 6, 2024          */s/ Olaf W. Hedberg*

OLAF W. HEDBERG
Attorney for Defendant
MARCO SANCHEZ GARCIA
(Per email authorization)

Dated:  February 6, 2024          */s/ William F. Portanova*

WILLIAM F. PORTANOVA
Attorney for Defendant
CESAR RODRIGUEZ HERNANDEZ
(Per email authorization)

Dated: February 6, 2024          */s/ Todd Leras*

TODD LERAS
Attorney for Defendant
HEIDY TORRES LOPEZ

Dated: February 6, 2024          PHILLIP A. TALBERT
United States Attorney

*/s/ Justin L. Lee*
By:
JUSTIN L. LEE
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          3

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for February 13, 2024, is vacated. A new status conference is scheduled for **May 21, 2024, at 9:00 a.m.**

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from February 13, 2024, up to and including May 21, 2024.

IT IS SO ORDERED.

Dated: February 07, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE