WILLIAM F. PORTANOVA, SBN 106193
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
CESAR MAG RODRIGUEZ HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA,<br><br>　　　　Defendants. | CASE NO. 2:22-cr-00157-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br><br>Date:　May 21, 2024<br>Time:　9:00 a.m.<br>Court:　Hon. John A. Mendez |

　　　　Defendants, HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA, by and through their undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

　　1.　This matter is set for a status conference on May 21, 2024.  By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the status conference to August 20, 2024.

　　2.　This case involves distribution of cocaine and methamphetamine in the Stockton area. Investigation of the matter took place during an approximate six-month period.  The investigation included controlled purchases supervised by law enforcement.

　　3.　Each defendants' primary language is Spanish.  The government released approximately

STIPULATION & ORDER CONTINUING TCH

1

300 pages of supplemental discovery materials and various audio and/or video recordings generated during investigation of this matter (hereafter "the supplemental discovery materials"), in November and December 2023. Defense counsel for all three defendants need additional time to translate and/or review the supplemental discovery materials with their respective clients and conduct necessary defense investigation.

4. Given ongoing defense investigation, the release of the supplemental discovery materials, and the language barrier, defense counsel represent and believe that continuance of the status conference is necessary. The purpose of the request for continuance is to allow defense counsel time to review the supplemental discovery materials and to conduct defense investigation in response to them. The government does not oppose the request.

5. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

6. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of May 21, 2024, up to August 20, 2024, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Dated: May 15, 2024            */s/ Olaf W. Hedberg*
                               _____
                               OLAF W. HEDBERG
                               Attorney for Defendant
                               MARCO SANCHEZ GARCIA
                               (Per email authorization)

//

Dated: May 15, 2024    /s/ William F. Portanova

WILLIAM F. PORTANOVA
Attorney for Defendant
CESAR RODRIGUEZ HERNANDEZ

Dated: May 15, 2024    /s/ Todd Leras

TODD LERAS
Attorney for Defendant
HEIDY TORRES LOPEZ
(Per email authorization)

Dated: May 15, 2024    PHILLIP A. TALBERT
United States Attorney

                       /s/ Justin L. Lee
                 By:  
                       JUSTIN L. LEE
                       Assistant United States Attorney
                       (Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          3

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for May 21, 2024, is **VACATED**. A new status conference is scheduled for **August 20, 2024, at 9:00 a.m.**

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from May 21, 2024, up to and including August 20, 2024.

IT IS SO ORDERED.

Dated: May 15, 2024            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE