LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA,<br><br>    Defendants. | CASE NO. 2:22-cr-00157-JAM<br><br>**STIPULATION AND ORDER CONTINUING FURTHER STATUS CONFERENCE/ POSSIBLE CHANGE OF PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  October 22, 2024<br>Time:  9:00 a.m.<br>Court:  Hon. John A. Mendez |

1. This matter is set for a status conference on October 22, 2024.  By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the matter for further status conference/potential change of plea hearing on January 28, 2025.

2. This case involves distribution of cocaine and methamphetamine in the Stockton area. Investigation of the matter took place during an approximate six-month period.  The investigation included controlled purchases supervised by law enforcement officers.

//

3. The government initially released approximately 250 pages of discovery materials to defense counsel. The initial discovery materials include written reports, photographs, and other materials obtained either during the controlled purchase operations or during execution of search warrants.

4. Each defendants' primary language is Spanish. The defense later requested and received production of various audio and/or video recordings generated during the government's investigation of this matter (hereafter "the supplemental discovery materials"). These supplemental discovery materials involved conversations primarily in the Spanish language. Defendants are conducting investigation of matters related to the controlled purchase operations and potential sentencing mitigation. The parties are also currently negotiating potential resolution of this matter through written plea agreements.

5. Given ongoing defense investigation, the pending settlement discussions, and the language barrier, defense counsel represent and believe that continuance of the status conference is necessary. The purpose of the request for continuance is to allow defense counsel time to conduct defense investigation and to negotiate potential resolution to each Defendants' matter. The government does not oppose the request.

6. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of October 22, 2024, up to January 28, 2025, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F.

Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  October 11, 2024         /s/ Olaf W. Hedberg
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　 OLAF W. HEDBERG
　　　　　　　　　　　　　　　　 Attorney for Defendant
　　　　　　　　　　　　　　　　 MARCO SANCHEZ GARCIA
　　　　　　　　　　　　　　　　 (Per email authorization)

Dated: October 11, 2024          /s/ William F. Portanova
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　 WILLIAM F. PORTANOVA
　　　　　　　　　　　　　　　　 Attorney for Defendant
　　　　　　　　　　　　　　　　 CESAR RODRIGUEZ HERNANDEZ
　　　　　　　　　　　　　　　　 (Per email authorization)

Dated: October 11, 2024          /s/ Todd Leras
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　 TODD LERAS
　　　　　　　　　　　　　　　　 Attorney for Defendant
　　　　　　　　　　　　　　　　 HEIDY TORRES LOPEZ

Dated:  October 11, 2024         PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　 United States Attorney

　　　　　　　　　　　　　　　　 /s/ Justin L. Lee
　　　　　　　　　　　　　　 By: _____
　　　　　　　　　　　　　　　　 JUSTIN L. LEE
　　　　　　　　　　　　　　　　 Assistant United States Attorney
　　　　　　　　　　　　　　　　 (Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME　　　　　3

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the further status conference/possible change of plea hearing, presently scheduled for October 22, 2024, is **VACATED** and **RESET** for **January 28, 2025, at 9:00 a.m.**

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from October 22, 2024, up to and including January 28, 2025.

IT IS SO ORDERED.

Dated: October 16, 2024
/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE