LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
HEIDY TORRES LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HEIDY ISABEL TORRES LOPEZ, CESAR MAG RODRIGUEZ HERNANDEZ, and MARCO ANTONIO SANCHEZ GARCIA,<br><br>  Defendants. | CASE NO. 2:22-cr-00157-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/POSSIBLE CHANGE OF PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  January 21, 2025<br>Time:  9:00 a.m.<br>Court:  Hon. John A. Mendez |

1. This matter was previously set for a status conference/potential change of plea hearing on January 28, 2025. The Court advanced the status conference by one week, to January 21, 2025, by a Minute Order (ECF Entry 65). By this stipulation, Defendants Torres Lopez, Rodriguez Hernandez, and Sanchez Garcia move to continue the matter for further status conference/potential change of plea hearing on March 11, 2025.

2. This case involves distribution of cocaine and methamphetamine in the Stockton area. Investigation of the matter took place during an approximate six-month period. The

STIPULATION & ORDER

1

investigation included controlled purchases supervised by law enforcement officers.

3. The government initially released approximately 250 pages of discovery materials to defense counsel. The initial discovery materials include written reports, photographs, and other materials obtained either during the controlled purchase operations or during execution of search warrants.

4. Each defendants' primary language is Spanish. The defense later requested and received production of various audio and/or video recordings generated during the government's investigation of this matter (hereafter "the supplemental discovery materials"). These supplemental discovery materials involved conversations primarily in the Spanish language. Defendants are conducting investigation of matters related to the controlled purchase operations and potential sentencing mitigation. The defendants are also presently discussing pending written resolution offers provided by the government.

5. Given ongoing defense investigation, the discussions of settlement agreements, and the language barrier, defense counsel represent and believe that continuance of the status conference is necessary. The purpose of the request for continuance is to allow defense counsel time to conduct defense investigation and to consider resolution proposals as to each Defendants' matter. The government does not oppose the request.

6. Based on the above-stated facts, Defendants request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of January 28, 2025, up to March 11, 2025, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

STIPULATION & ORDER

Assistant U.S. Attorney Justin Lee, Attorney Olaf Hedberg, and Attorney William F. Portanova have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated: January 13, 2025    */s/ Olaf W. Hedberg*
                                                  _____
                                                  OLAF W. HEDBERG
                                                  Attorney for Defendant
                                                  MARCO SANCHEZ GARCIA
                                                  (Per email authorization)

Dated: January 13, 2025    */s/ William F. Portanova*
                                                  _____
                                                  WILLIAM F. PORTANOVA
                                                  Attorney for Defendant
                                                  CESAR RODRIGUEZ HERNANDEZ
                                                  (Per email authorization)

Dated: January 13, 2025    */s/ Todd Leras*
                                                  _____
                                                  TODD LERAS
                                                  Attorney for Defendant
                                                  HEIDY TORRES LOPEZ

Dated: January 13, 2025    Michelle Beckwith
                                                  Acting United States Attorney

                                                  */s/ Justin L. Lee*
                                            By:  _____
                                                  JUSTIN L. LEE
                                                  Assistant United States Attorney
                                                  (Per email authorization)

STIPULATION & ORDER

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the **status conference/possible change of plea hearing**, presently scheduled for January 21, 2025, is **VACATED** and **RESET** for **March 11, 2025, at 9:00 a.m.**

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from January 28, 2025, up to and including March 11, 2025.

IT IS SO ORDERED.

Dated: January 15, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER