# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **United States of America** | ) | |
| **vs.** | ) | **Case No. 2:22-CR-00157-JAM-1** |
| | ) | |
| Heidy Isabel Torres Lopez | ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I,   Heidy Isabel Torres Lopez   , have discussed with _____ Julian Aguilar _____ , Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release:

1. You must participate in the substance abuse treatment program at Wellspace inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

Reason for modification: In lieu of a formal violation, Pretrial Services, defense counsel, and the assigned government counsel are requesting the defendant be able to participate in residential drug treatment with our contracted treatment provider, Wellspace, with a start date of May 28, 2025.

On April 29, 2025, the defendant provided a urine sample that returned confirmed positive for cocaine. When confronted with the test results, the defendant initially denied the use of cocaine, however, eventually admitted that her friend added cocaine to her drink without her knowledge.

Following the above use, on May 5, 2025, the defendant provided another confirmed positive test for cocaine. When confronted with the second positive drug test, the defendant again initially denied the use of cocaine, however, then after speaking with defense counsel and her counselor she then admitted to Pretrial Services she had used cocaine on two occasions.

Ms. Lopez stated she would be willing to participate in residential treatment for her continued cocaine use. Initially, she was worried about maintaining employment to provide for her family; however, realized she would like to opportunity to address her substance abuse issues.

According to Wellspace Residential staff, there is a female bedspace available on May 28, 2025. Ms. Torres is requesting to begin her participation on that date.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

**CONSENT TO MODIFY CONDITIONS OF RELEASE**
**Torres Lopez, Heidy Isabel**
**Page 2**

I consent to this modification of my release conditions and agree to abide by this modification.

| _Heidy tor_ | 5-22-23 | _John Gomez_ | 5/22/25 |
| Signature of Defendant | Date | Signature of Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| _signature_ | 5/23/25 |
| Signature of Assistant U.S. Attorney | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _Todd D. Leus_ | 5/22/25 |
| Signature of Defense Counsel | Date |

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

| _____ | _____ |
| Signature of Third-Party Custodian | Date |

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.   Tomas Quintero     Everardo Orduno

| _Tomas ... Everardo Orduno_ | 5/22/25 |
| Signature of Surety | Date |

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  _immediately_

☐ The above modification of conditions of release is *not* ordered.

| | _signature_ |
| | UNITED STATES MAGISTRATE JUDGE |

Dated:  May 25, 2025