LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
HEIDY TORRES LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>HEIDY ISABEL TORRES LOPEZ,<br><br>             Defendant. | Case No.: 2:22-cr-00157-JAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE**<br><br>Court:     Hon. John A. Mendez<br>Date:      July 15, 2024<br>Time:      9:00 a.m. |

This matter is currently set for a Sentencing Hearing on July 15, 2024. Defendant Heidy Torres Lopez (hereafter Ms. Torres) is presently participating in the Wellspace Residential Rehabilitation Program after testing positive for using a controlled substance. Ms. Lopez's

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

primary language is Spanish.  She requires the assistance of a Spanish language interpreter for court proceedings and to review complex legal concepts such as how the Court selects an advisory sentencing guideline range as part of the sentencing process.

Ms. Torres' probation interview had been completed and the draft Presentence Investigation Report (PSR) released to counsel.  Defense counsel, however, needs additional time to review the Draft PSR with Ms. Torres Lopez and discuss whether there are informal corrections necessary in response to it.

Given Ms. Torres Lopez's participation in controlled substance rehabilitation and the need for a Spanish language interpreter to assist her, defense counsel requests that the Court vacate the Sentencing Hearing on July 15, 2025, and set a Sentencing Hearing on October 21, 2025.  The Probation Office's duty officer has confirmed that the requested date is acceptable.  The government does not oppose the request.  The defense further requests to modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report:  September 23, 2025;

2. Final Pre-Sentence Report Date:   September 30, 2025;

3. Motion for Correction Date: October 7, 2025; and

4.  Reply Date: October 14, 2025

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Justin Lee has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  July 8, 2025

By   */s/ Todd D. Leras for*  
    JUSTIN LEE  
    Assistant United States Attorney

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

DATED: July 8, 2025            By     /s/ Todd D. Leras
                                      TODD D. LERAS
                                      Attorney for Defendant
                                      HEIDY TORRES LOPEZ

**ORDER**

The Sentencing Hearing, set for July 15, 2025, is **VACATED** and **CONTINUED** to **October 21, 2025, at 9:00 a.m.**  The PSR Disclosure Schedule requested by the parties is **ADOPTED**.

IT IS SO ORDERED.

Dated: July 08, 2025            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE